# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| Sorina Perez, an individual | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. |
| Goodman, Stern & Associates, LLC aka Goodman and Stern, LLC and Does 1 through 20, inclusive | ) ) ) | **C13-0191** JCS |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Goodman, Stern & Associates, LLC aka Goodman and Stern, LLC
7751 Kingspointe Parkway, Suite #107, Orlando, FL 32819

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Delta Law Group, A Professional Law Corporation
Jim G. Price, Esq., #119324
P.O. Box 1417
Brentwood, CA 94513
Telephone: 925-516-4686

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: JAN 1 4 2013                              CYNTHIA LENAHAN

                                            *Signature of Clerk or Deputy Clerk*