```
DELTA LAW GROUP
A PROFESSIONAL LAW CORPORATION
JIM G. PRICE, ESQ., SBN 119324
6569 BRENTWOOD BOULEVARD
P.O. BOX 1417
BRENTWOOD, CA  94513
TELEPHONE:  925-516-4686
FACSIMILE:  925-516-4058

Attorneys for Plaintiff
SORINA PEREZ
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORINA PEREZ, an individual, | ) CASE NO.:  C 13-00191-JCS |
| Plaintiff, | ) |
| v. | ) |
| GOODMAN, STERN & ASSOCIATES, LLC aka GOODMAN AND STERN, LLC, and DOES 1 through 20, inclusive, | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I, MICHELLE BERLIN, declare under penalty of perjury that I am employed in Contra Costa County, in the State of California. I am over the age of 18 years and am not a party to the within entitled action.  My business address is 6569 Brentwood Boulevard, Brentwood, CA  94513.

On January 17, 2013, I served the following document(s):

1

**SUMMONS IN A CIVIL ACTION; VERIFIED COMPLAINT FOR DAMAGES; ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; U.S. DISTRICT COURT SAN FRANCISCO GUIDELINES; AND CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA**

on interested parties in said action, by place a true copy thereof, enclosed in a sealed envelope address to:

**SEE ATTACHED LIST**

which envelope was then sealed with postage thereon fully prepaid, **VIA CERTIFIED MAIL - RETURN RECEIPT REQUESTED**, in the United States mail at Brentwood, California. I am readily familiar with our business practice for collection and processing of correspondence for mailing and this document will be deposited with the United States Postal Service this date in the ordinary course of business.

    I certify under penalty of perjury that the foregoing is true and correct and was executed this 17th day of January 2013 at Brentwood, California.

*[signature]*
MICHELLE BERLIN

## MAILING LIST

An "Officer" of Goodman, Stern & Associates, LLC Aka Goodman & Stern, LLC 7751 Kingspointe Parkway Suite 107 Orlando, FL 32819

**VIA CERTIFIED MAIL - RETURN RECEIPT REQUESTED**