```
 1  DELTA LAW GROUP
    A PROFESSIONAL LAW CORPORATION
 2  JIM G. PRICE, ESQ., SBN 119324
    6569 BRENTWOOD BOULEVARD
 3  P.O. BOX 1417
    BRENTWOOD, CA  94513
 4  TELEPHONE:  925-516-4686
    FACSIMILE:  925-516-4058
 5
    Attorneys for Plaintiff
 6  SORINA PEREZ

 7

 8
                        UNITED STATES DISTRICT COURT
 9
                       NORTHERN DISTRICT OF CALIFORNIA
10

11
    SORINA PEREZ,                    ) Case No. C 13-00191-JCS
12                                   )
            Plaintiff,                ) STIPULATION FOR DISMISSAL WITH
13                                   ) PREJUDICE; AND PROPOSED ORDER
    v.                               )
14                                   )
    GOODMAN, STERN & ASSOCIATES,     )
15  LLC aka GOODMAN AND STERN, LLC,  )
    and DOES 1 through 20,           )
16  inclusive,                       )
                                     )
17          Defendants.               )
                                     )
18                                   )
                                     )
19  _____

20

21

22

23

24

25
```

1  The parties to the above-entitled action, pursuant to FRCP
2  41(a)(1)(A)(ii), hereby stipulate to dismiss the entire action
3  with prejudice.
4  DATED: April 5, 2013         DELTA LAW GROUP
5
                                /s/ Jim G. Price
6                            BY:_____
                                JIM G. PRICE*
7                               Attorneys for Plaintiff
                                SORINA PEREZ
8
9
10 DATED: April 5, 2013         GOODMAN, STERN & ASSOCIATES, LLC
11
                                /s/ Mark Harrison
12
                             BY:_____
13                              MARK HARRISON
                                Defendant
14
15
16
17
18 *I, Jim G. Price, am the ECF user whose identification and
   password are being used to file this Stipulation for Dismissal
19 with Prejudice; and Proposed Order.  I hereby attest that Mark
   Harrison has concurred in the filing.
20 /s/ Jim G. Price
21
22
23
24
25