```
1  DELTA LAW GROUP
   A PROFESSIONAL LAW CORPORATION
2  JIM G. PRICE, ESQ., SBN 119324
   6569 BRENTWOOD BOULEVARD
3  P.O. BOX 1417
   BRENTWOOD, CA  94513
4  TELEPHONE:  925-516-4686
   FACSIMILE:  925-516-4058
5
   Attorneys for Plaintiff
6  SORINA PEREZ

7

8
                   UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11
   SORINA PEREZ, an individual,   ) CASE NO.:  C 13-00191-JCS
12                                 )
            Plaintiff,             )
13                                 )
   v.                              )
14                                 )
                                   )
   GOODMAN, STERN & ASSOCIATES,    )
15 LLC aka GOODMAN AND STERN, LLC, )
   and DOES 1 through 20,          )
16 inclusive,                      )
                                   )
17          Defendants.            )
                                   )
18                                 )
   _____  )
19
```

**CERTIFICATE OF SERVICE**

I, MICHELLE BERLIN, declare under penalty of perjury that I am employed in Contra Costa County, in the State of California. I am over the age of 18 years and am not a party to the within entitled action.  My business address is 6569 Brentwood Boulevard, Brentwood, CA  94513.

On April 9, 2013, I served the following document(s):

1

**STIPULATION FOR DISMISSAL WITH PREJUDICE; AND PROPOSED ORDER**

**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**

on interested parties in said action, by place a true copy thereof, enclosed in a sealed envelope address to:

**SEE ATTACHED LIST**

which envelope was then sealed with postage thereon fully prepaid, via first-class mail, in the United States mail at Brentwood, California. I am readily familiar with our business practice for collection and processing of correspondence for mailing and this document will be deposited with the United States Postal Service this date in the ordinary course of business.

    I certify under penalty of perjury that the foregoing is true and correct and was executed this 9th day of April 2013 at Brentwood, California.

                                           /s/ Michelle Berlin
                                           _____
                                           MICHELLE BERLIN

**MAILING LIST**

Mark Harrison
Goodman, Stern & Associates, LLC
Aka Goodman & Stern, LLC
7751 Kingspointe Parkway
Suite 107
Orlando, FL  32819